IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARKUS TRUVELL YEARBY,** | 2:07-cv-2800 JAM DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

Defendant has requested an extension of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that Defendant has until August 6, 2008, to file a responsive pleading.

DATED: July 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/year2800.36