1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MARKUS T. YEARBY,
11           Plaintiff,                    No. CIV S-07-2800 JAM DAD P
12      vs.
13  CDC, et al.,
14           Defendants.            ORDER
15  _____/

Plaintiff has filed a document entitled "First Set of Interrogatories." Plaintiff is informed that court permission is not necessary to serve requests for discovery upon the opposing party and that neither discovery requests served on an opposing party nor that party's responses should be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 20, 2008 First Set of Interrogatories (Doc. No. 26) will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of

/////
/////

1  court, may result in an order of sanctions, including, but not limited to, a recommendation that
2  this action be dismissed.
3  DATED: September 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
year2800.411