IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS TRUVELL YEARBY,

    Plaintiff,                    No. CIV S-07-2800 JAM DAD P

    vs.

CA DEP'T OF CORRECTIONS, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On November 20, 2008, plaintiff filed a motion to amend his complaint, together with a third amended complaint. On November 24, 2008, plaintiff filed a motion to compel discovery. At this time, the court will not rule on plaintiff's motions. Rather, in accordance with the Local Rules of Court and this court's May 7, 2008 order, defendant Dudley will be provided an opportunity to file an opposition or a statement of non-opposition to plaintiff's motions. See Local Rule 78-230(m).

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order defendant Dudley shall file an opposition or a statement of non-opposition to plaintiff's November 20, 2008 motion for leave to file a third amended complaint and plaintiff's November

/////

24, 2008 motion to compel discovery. Plaintiff's reply, if any, shall be filed in accordance with Local Rule 78-230(m).

DATED: November 26, 2008.

                                      _____
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:9
year2800.mta(3)