```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MARKUS TRUVELL YEARBY,
11              Plaintiff,                   No. CIV S-07-2800 JAM DAD P
12        vs.
13   CA DEP'T OF CORRECTIONS, et al.,
14              Defendants.                  ORDER
15   _____/
```

Plaintiff is a state prisoner proceeding pro se with a civil rights action. On November 20, 2008, plaintiff filed a motion to amend his complaint, together with a proposed third amended complaint. On December 2, 2008, defendant Dudley filed a statement of non-opposition to plaintiff's motion to amend. After reviewing plaintiff's proposed third amended complaint, the court granted plaintiff's motion to amend.

Plaintiff has since filed yet another third amended complaint. It appears that plaintiff may be confused by the court's order granting his motion to amend. Plaintiff is advised that the filing of another third amended complaint was unnecessary. The court granted his motion to amend based on the allegations in his proposed third amended complaint that accompanied his motion. Accordingly, the court will strike plaintiff's most-recently filed third

/////

1

amended complaint, and the case will proceed on plaintiff's third amended complaint that was filed with the court on November 20, 2008.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 9, 2009 third amended complaint (Doc. No. 51) is stricken; and

2. The case will proceed on plaintiff's November 20, 2008 third amended complaint.

DATED: April 22, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
year2800.strike