IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS TRUVELL YEARBY,

    Plaintiff,                        No. CIV S-07-2800 JAM DAD P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983.

        On October 28, 2009, plaintiff filed a motion for preliminary injunctive relief, claiming that prison officials were refusing to relinquish his personal and legal property. On November 9, 2009, plaintiff filed a motion to rescind his motion for preliminary injunctive relief, explaining that prison officials had recently provided him with his property. Plaintiff informed the court that there was no reason to proceed on the motion and asked the court to disregard it. Good cause appearing, the court will grant plaintiff's motion to rescind his motion for preliminary injunctive relief. The court will also disregard his motion for preliminary injunctive relief.

/////

1  In plaintiff's motion to rescind his motion for preliminary injunctive relief, plaintiff also requests an extension of time to file an opposition to defendant's motion to dismiss. Plaintiff has since timely filed his opposition to the motion to dismiss, so the court will deny his request as unnecessary.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's November 9, 2009 motion to rescind his motion for preliminary injunctive relief (Doc. No. 73) is granted;

2. Plaintiff's October 28, 2009 motion for preliminary injunctive relief (Doc. No. 68) is disregarded; and

3. Plaintiff's November 9, 2009 request for an extension of time to file an opposition to defendant's motion to dismiss (Doc. No 73) is denied as unnecessary.

DATED: November 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
year2800.pi